**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Nahum Antonio AREVALO,
Defendant–Appellant.**

No. 08–10849
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

May 28, 2009.

John E. Kull, U.S. Attorney's Office, Northern District of Texas, Dallas, TX, for Plaintiff–Appellee.

Robert Jackson Herrington, Plano, TX, for Defendant–Appellant.

Before JOLLY, BENAVIDES, and HAYNES, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Nahum Antonio Arevalo has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Arevalo has filed a response. Our independent review of the record, counsel's brief, and Arevalo's response discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.